UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-24430-ALTMAN/Becerra

**VICTOR ARIZA**,

    *Plaintiff*,

v.

**JUST SALAD LLC**,

    *Defendant*.

_____/

## ORDER

The Plaintiff filed a Notice of Voluntary Dismissal [ECF No. 13] pursuant to FED. R. CIV. P. 41(a)(1)(A)(i). Being fully advised, we hereby **ORDER** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs. This case remains **CLOSED**. All pending deadlines remain **TERMINATED**, and any pending motions remain **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on January 23, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record